DOROTHY L. MACKINNON, Individually and as Executrix of BERGAN A. MACKINNON, Deceased, Respondent, *v.* ADVANCE PATTERN COMPANY, INCORPORATED, et al., Defendants, and KATHLEEN PFENDER et al., Appellants.

Argued October 12, 1954; decided November 18, 1954.

*Thomas A Sully* for appellants.

*Arthur J. Brothers* and *Leo J. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.

GRACE KAYE et al., Respondents, *v.* PEKA, INC., Appellant.

Argued October 12, 1954; decided November 18, 1954.